**Order entered April 2, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-01555-CR
No. 05-13-01556-CR
No. 05-13-01557-CR

**THOMAS COREA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause Nos. F12-00737-Y, F13-00406-Y, F13-00407-Y**

## ORDER

The Court **REINSTATES** the appeals.

On March 4, 2014, we ordered the trial court to make findings regarding why the clerk's and reporter's records had not been filed. On March 21, 2014, deputy court reporter Lisabeth Kellett filed a request for a sixty-day extension of time to file the reporter's record. On March 26, 2014, we received the clerk's records. In the request, Ms. Kellett stated that John Helms, appellant's trial attorney who has been allowed to withdraw, had told her appellant would not pursue the appeal. New counsel was appointed and appellant will pursue the appeal. The clerk's records contain orders appointing the Dallas County Public Defender's Office as appellant's new counsel.

Accordingly, we **DIRECT** the Clerk to substitute the Dallas County Public Defender's Office as appellant's appointed counsel in place of John Helms.

We **GRANT** Ms. Kellett's March 21, 2014 request for an extension of time to file the reporter's record to the extent that we **ORDER** Sharon Hazlewood, official court reporter of the Criminal District Court No. 7, and court reporter Lisabeth Kellett to coordinate with all other court reporters who recorded proceedings in this case and to file the complete reporter's record, including all exhibits, within **FORTY-FIVE DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Sharon Hazlewood, official court reporter, Criminal District Court No. 7; Lisabeth Kellett, official court reporter, 203rd Judicial District Court; and to counsel for all parties.

/s/     DAVID EVANS
        JUSTICE